ELWOOD DENNY v. WRIGHT & O'ROURKE, *a partnership,* AND
F. H. WRIGHT AND J. J. O'ROURKE AND C. A. BORCHERS.

(Filed September 10, 1903.)

1. PETITION IN ERROR—Dismissed, When. Where a petition in
error is filed in the supreme court, and there is not filed there-
with a transcript of the proceedings containing the final judgment
or order sought to be reversed, vacated or modified, or the origi-
nal papers, process, files, and bill of exceptions or a case made,
no question is presented for review.

2. EVIDENCE—When part of Record. Evidence is not a part of the
record unless made so by case-made or bill of exceptions.

(Syllabus by the Court.)

*Error from the District Court of Canadian County; before
C. F. Irwin, Trial Judge.*

*Goodwin & Reid,* for plaintiff in error.

No appearance for defendants in error.

Opinion of the court by

BEAUCHAMP, J.: This purports to be an appeal from
the judgment of the district court of Canadian county. At-
tached to the petition in error is what purports to be simply
a stenographer's transcript of the evidence taken at the trial
of the case. There is no copy of any of the pleadings or any
judgment or final order of the trial court in the case, nor
any motion for new trial shown. The record upon the con-
clusion of the testimony discloses that there was a motion
made by defendants' counsel to dismiss as to the defendants
Wright & O'Rourke. This motion was by the court sustained,
to which ruling the plaintiff excepted and thus the record
concludes.

Where a petition in error is filed in this court and there
is not filed therewith a transcript of the proceedings contain-

ing the final judgment or order sought to be reversed, vacated or modified or the original papers, process, files, and bill of exceptions or case-made, no question is presented to this court for review. (*Gardenhire v. Burdick,* 7 Okla. 212; *Sproat v. Durland,* 7 Okla. 230; *Commissioners v. Moon,* 8 Okla. 205.)

Evidence is not a part of the record unless made so by case-made or bill of exceptions. (*McMechan v. Christy,* 3 Okla. 301; *U. S. v. C. O. & G. R. R. Co.,* 3 Okla. 404.)

The appeal is dismissed, with costs to plaintiff in error.

Irwin, J., who presided in the court below, not sitting; Gillette, J., absent; all the other Justices concurring.